# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CORY WILLIAMSON**                                                                                      **PLAINTIFF**

**v.**                                            **No: 4:21-cv-00568-JM**

**RODNEY WRIGHT,** *et al.*                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 5th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE